JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

JS-6

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2: 16 cv 2647 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| BASIM R. ZAHIR | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Basim Zahir, in the principal amount of $3,602.31 plus interest accrued to April 18, 2016 in the sum of $6,832.12; with interest accruing thereafter at $0.87 per day until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$10,434.43**.

DATED: June 8, 2016

By: Kiry Gray
Clerk of the Court

/s/ Jennylam
Deputy Clerk
United States District Court

Page 5